UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANTONIO MILLAN-RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY S. MURRY,<br>Immigration Judge,<br><br>Respondent. | Case No. 1:17-cv-01573-AWI-EPG-HC<br><br>ORDER EXTENDING RESPONDENT'S DEADLINE TO RESPOND TO PETITION<br><br>(ECF No. 14) |

For good cause shown, Respondent's motion (ECF No. 14) is granted insofar as the Court ORDERS that Respondent's deadline for responding to the new habeas petition is reset until 30 days after the Court adjudicates the prior habeas petition, No. 1:16-cv-01578-AWI-SAB.

IT IS SO ORDERED.

Dated: **February 22, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE